EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (08)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>MICHAEL TORRES JAIMES,<br><br>            Defendant. | CR. NO. 03-00501 SOM<br><br>UNITED STATES' MOTION TO DISMISS COUNT 2 OF INDICTMENT AND ORDER; CERTIFICATE OF SERVICE |

UNITED STATES' MOTION TO
DISMISS COUNT 2 OF INDICTMENT

The United States, through the United States Attorney's Office, move the Court to dismiss Count 2 of the Indictment.  The Jury was unable to reach a verdict on Count 2 and the Court granted the defendant's motion to declare a mistrial.  The United States submits Count 2 should be dismissed in the interests of justice.

DATED: January 26, 2004, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By  *T. Muehleck*
THOMAS MUEHLECK
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00501 SOM |
| Plaintiff, | ) ORDER |
| vs. | ) |
| MICHAEL TORRES JAIMES, | ) |
| Defendant. | ) |

ORDER

Considering the Motion of the United States, Count 2 of the Indictment is DISMISSED.

SO ORDERED this 28th day of January 2004, at Honolulu, Hawaii.

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following person:

1. Pamela O'Leary Tower, Esq.        **MAILED**
   1001 Bishop St., Suite 1330
   Honolulu, HI 96813

   Counsel for defendant
   Michael Torres Jaimes

2. U.S. Probation Office
   300 Ala Moana Blvd.,
   Honolulu, HI 96850

DATED: January 26, 2004, at Honolulu, Hawaii.

_____

See revisions made by court