


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 556-9800

August 18, 2006

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 2 1 2006
DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|-----|-------|-----------------|
| 05-10385 | USA v. Jaimes | CR-03-00501-SOM |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Eliza Lau
Deputy Clerk

Enclosure(s)
cc: All Counsel

```
INTERNAL USE ONLY: Proceedings include all events.
05-10385 USA, et al v. Jaimes

UNITED STATES OF AMERICA           Louis A. Bracco, AUSA
      Plaintiff - Appellee          808/541-2850
                                    Suite 6-100
                                    [COR NTC aus]
                                    Thomas C. Muehleck, AUSA
                                    FAX 808/541-2958
                                    808/541-2850
                                    Suite 6-100
                                    [COR LD NTC aus]
                                    USH - OFFICE OF THE U.S.
                                    ATTORNEY
                                    PJKK Federal Building
                                    300 Ala Moana Blvd.
                                    P.O. Box 50183
                                    Honolulu, HI 96850


     v.

MICHAEL TORRES JAIMES                Pamela O'Leary Tower, Esq.
      Defendant - Appellant          FAX 808/533-4588
                                     808/526-9500
                                     1330 Pacific Tower
                                     [COR LD NTC cja]
                                     1001 Bishop Street
                                     Honolulu, HI 96813
```