

U.S. POSTAGE PAID
SAN PEDRO, CA
90731
JUL 25, 07
AMOUNT
$0.00
0008767...
96850

R E C E I V E D
CLERK U.S. DISTRICT COURT
JUL 27 2007
DISTRICT OF HAWAII

Clerk United States District Court
United States Court House PJKK Federal Building Rm 6100
300 Ala Moana Blvd
Honolulu, HI 96850

Michael Turner 82261-078
Federal Correction Institution
P.O. Box 3007
Terminal Island, CA 90731

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
www.usps.com
Label 107R, February 2006