# EXHIBIT "A"

_____Michael Jaimes_____
Petitioner

_____
Respondent(s)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, __Michael Jaimes__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☑ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _9 years ago  Papa's and Chiles  minimum wage_

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment? ☐ Yes ☑ No
   b. Rent payments, interest or dividends? ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments? ☐ Yes ☑ No
   d. Gifts or inheritances? ☐ Yes ☑ No
   e. Any other sources? ☑ Yes ☐ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _Yes my family sends me money for my monthly expenses_

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)* ☐ Yes ☑ No

   If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☑ No

   If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____None_____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___07/24/07___   _____[signature]_____
                *Date*                                 *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

_____
*Date*

_____
*Authorized Officer of Institution*

_____
*Title of Officer*

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
REV 1/86

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF
_____ VS. _____
FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
Michael Jaimes

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)_____

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $_____
IF NO, give month and year of last employment
How much did you earn per month $_____
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month $_____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____
THE SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $_____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE VALUE AND DESCRIBE IT $ _____
VALUE / DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _[signature]_   06/23/07

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

## Inmate Statement

🖨 PRINT

| | | |
|---|---|---|
| **Inmate Reg #:** | 82661198 | **Current Institution:** Terminal Island FCI |
| **Inmate Name:** | JAIMES, MICHAEL | **Housing Unit:** TRM-F-A |
| **Report Date:** | 06/24/2007 | **Living Quarters:** F01-010U |
| **Report Time:** | 12:21:55 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TRM | 6/20/2007 5:09:46 PM | 10 | | | Sales | ($79.55) | | $262.88 |
| TRM | 6/20/2007 12:07:06 PM | TFN0620 | | | Phone Withdrawal | ($10.00) | | $342.43 |
| TRM | 6/19/2007 6:42:54 AM | TL0619 | | | TRUL Withdrawal | ($2.00) | | $352.43 |
| TRM | 6/18/2007 12:15:21 PM | TFN0618 | | | Phone Withdrawal | ($10.00) | | $354.43 |
| TRM | 6/17/2007 6:38:43 AM | 70185301 | | | Lockbox - CD | $300.00 | | $364.43 |
| TRM | 6/15/2007 8:01:59 AM | TFN0615 | | | Phone Withdrawal | ($10.00) | | $64.43 |
| TRM | 6/13/2007 4:51:11 PM | 8 | | | Sales | ($78.30) | | $74.43 |
| TRM | 6/12/2007 8:56:45 PM | TFN0612 | | | Phone Withdrawal | ($10.00) | | $152.73 |
| TRM | 6/8/2007 6:17:42 AM | GIPP0507 | | | Payroll - IPP | $23.40 | | $162.73 |
| TRM | 6/6/2007 4:34:07 PM | 4 | | | Sales | ($113.80) | | $139.33 |
| TRM | 6/4/2007 7:29:45 PM | TFN0604 | | | Phone Withdrawal | ($10.00) | | $253.13 |
| TRM | 6/4/2007 6:30:12 AM | TL0604 | | | TRUL Withdrawal | ($2.00) | | $263.13 |
| TRM | 5/31/2007 12:04:40 PM | TFN0531 | | | Phone Withdrawal | ($10.00) | | $265.13 |
| TRM | 5/30/2007 4:40:31 PM | 4 | | | Sales | ($15.60) | | $275.13 |
| TRM | 5/28/2007 6:59:43 PM | TFN0528 | | | Phone Withdrawal | ($10.00) | | $290.73 |
| TRM | 5/26/2007 5:10:46 AM | 70183901 | | | Lockbox - CD | $300.00 | | $300.73 |
| TRM | 5/25/2007 5:50:23 PM | TFN0525 | | | Phone Withdrawal | ($4.00) | | $0.73 |
| TRM | 5/24/2007 6:40:37 AM | TL0524 | | | TRUL Withdrawal | ($2.00) | | $4.73 |
| TRM | 5/23/2007 4:50:15 PM | 4 | | | Sales | ($72.00) | | $6.73 |
| TRM | 5/21/2007 9:01:59 PM | TFN0521 | | | Phone Withdrawal | ($10.00) | | $78.73 |
| TRM | 5/17/2007 1:05:38 PM | TFN0517 | | | Phone Withdrawal | ($10.00) | | $88.73 |
| TRM | 5/16/2007 4:50:02 PM | 7 | | | Sales | ($68.75) | | $98.73 |
| TRM | 5/12/2007 1:29:45 PM | TFN0512 | | | Phone Withdrawal | ($10.00) | | $167.48 |
| TRM | 5/9/2007 4:42:46 PM | 4 | | | Sales | ($126.90) | | $177.48 |
| TRM | 5/6/2007 2:36:17 PM | TFN0506 | | | Phone Withdrawal | ($10.00) | | $304.38 |
| TRM | 5/4/2007 9:45:08 AM | GIPP0407 | | | Payroll - IPP | $2.64 | | $314.38 |
| TRM | 5/4/2007 6:38:52 AM | TL0504 | | | TRUL Withdrawal | ($5.00) | | $311.74 |
| TRM | 5/3/2007 1:52:45 PM | TFN0503 | | | Phone Withdrawal | ($10.00) | | $316.74 |
| TRM | 4/30/2007 6:47:54 AM | TL0430 | | | TRUL Withdrawal | ($2.00) | | $326.74 |
| TRM | 4/29/2007 6:25:14 PM | TFN0429 | | | Phone Withdrawal | ($10.00) | | $328.74 |
| TRM | 4/27/2007 5:09:28 AM | 70181801 | | | Lockbox - CD | $300.00 | | $338.74 |
| TRM | 4/26/2007 7:23:48 PM | TFN0426 | | | Phone Withdrawal | ($10.00) | | $38.74 |
| TRM | 4/25/2007 4:39:50 PM | 5 | | | Sales | ($23.35) | | $48.74 |
| TRM | 4/24/2007 7:06:36 AM | TL0424 | | | TRUL Withdrawal | ($2.00) | | $72.09 |
| TRM | 4/22/2007 12:05:02 PM | TFN0422 | | | Phone Withdrawal | ($10.00) | | $74.09 |
| TRM | 4/18/2007 | TFN0418 | | | Phone Withdrawal | ($10.00) | | $84.09 |

| | | | | | |
|---|---|---|---|---|---|
| TRM | 4/18/2007 6:23:27 PM | 2 | Sales | ($79.60) | $94.09 |
| TRM | 4/11/2007 4:42:48 PM | 22 | Sales | ($97.30) | $173.69 |
| TRM | 4/11/2007 5:26:42 PM | TL0411 | TRUL Withdrawal | ($10.00) | $270.99 |
| TRM | 4/10/2007 6:41:06 AM | TFN0410 | Phone Withdrawal | ($20.00) | $280.99 |
| TRM | 4/10/2007 10:46:39 AM | 70180501 | Lockbox - CD | $300.00 | $300.99 |
| TRM | 4/4/2007 9:47:10 AM | 11 | Sales | ($89.25) | $0.99 |
| TRM | 4/2/2007 4:40:03 PM | TFN0402 | Phone Withdrawal | ($6.00) | $90.24 |
| TRM | 4/2/2007 7:49:33 PM | GIPP0307 | Payroll - IPP | $2.76 | $96.24 |
| TRM | 4/2/2007 1:50:26 PM | TL0402 | TRUL Withdrawal | ($2.00) | $93.48 |
| TRM | 3/31/2007 6:42:58 AM | TL0331 | TRUL Withdrawal | ($2.00) | $95.48 |
| TRM | 3/29/2007 6:45:14 AM | TFN0329 | Phone Withdrawal | ($10.00) | $97.48 |
| TRM | 3/29/2007 7:32:28 PM | TL0329 | TRUL Withdrawal | ($2.00) | $107.48 |
| TRM | 3/28/2007 5:28:54 PM | TL0328 | TRUL Withdrawal | ($2.00) | $109.48 |
| TRM | 3/26/2007 6:41:15 AM | TL0326 | TRUL Withdrawal | ($2.00) | $111.48 |

1 2 3 4

**Total Transactions: 159**

                        **Totals:**    $135.09    $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TRM | $262.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $262.88 |
| **Totals:** | **$262.88** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$262.88** |

## Inmate Statement

| Inmate Reg #: | 82661198 | Current Institution: | Terminal Island FCI |
|---|---|---|---|
| Inmate Name: | JAIMES, MICHAEL | Housing Unit: | TRM-F-A |
| Report Date: | 06/24/2007 | Living Quarters: | F01-010U |
| Report Time: | 12:22:56 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TRM | 3/25/2007 9:18:31 AM | TFN0325 | | | Phone Withdrawal | ($10.00) | | $113.48 |
| TRM | 3/21/2007 5:29:22 PM | 8 | | | Sales | ($88.45) | | $123.48 |
| TRM | 3/17/2007 9:19:00 AM | TFN0317 | | | Phone Withdrawal | ($10.00) | | $211.93 |
| TRM | 3/17/2007 6:28:28 AM | TL0317 | | | TRUL Withdrawal | ($2.00) | | $221.93 |
| TRM | 3/16/2007 6:30:38 AM | TL0316 | | | TRUL Withdrawal | ($2.00) | | $223.93 |
| TRM | 3/14/2007 4:45:18 PM | 10 | | | Sales | ($64.30) | | $225.93 |
| TRM | 3/14/2007 6:58:51 AM | TL0314 | | | TRUL Withdrawal | ($2.00) | | $290.23 |
| TRM | 3/12/2007 7:37:08 PM | TFN0312 | | | Phone Withdrawal | ($10.00) | | $292.23 |
| TRM | 3/11/2007 5:10:25 AM | 70178402 | | | Lockbox - CD | $300.00 | | $302.23 |
| TRM | 3/9/2007 6:30:44 AM | TL0309 | | | TRUL Withdrawal | ($5.00) | | $2.23 |
| TRM | 3/8/2007 1:36:18 PM | TFN0308 | | | Phone Withdrawal | ($10.00) | | $7.23 |
| TRM | 3/8/2007 12:09:05 PM | 1 | | | Sales | ($80.55) | | $17.23 |
| TRM | 3/8/2007 6:22:14 AM | TL0308 | | | TRUL Withdrawal | ($2.00) | | $97.78 |
| TRM | 3/5/2007 6:24:11 AM | TL0305 | | | TRUL Withdrawal | ($2.00) | | $99.78 |
| TRM | 3/3/2007 6:28:22 AM | TL0303 | | | TRUL Withdrawal | ($2.00) | | $101.78 |
| TRM | 3/2/2007 8:37:48 AM | TFN0302 | | | Phone Withdrawal | ($10.00) | | $103.78 |
| TRM | 2/28/2007 5:05:16 PM | 18 | | | Sales | ($11.65) | | $113.78 |
| TRM | 2/28/2007 5:02:28 PM | 17 | | | Sales | ($84.60) | | $125.43 |
| TRM | 2/28/2007 7:09:33 AM | TL0228 | | | TRUL Withdrawal | ($2.00) | | $210.03 |
| TRM | 2/26/2007 9:35:56 AM | TFN0226 | | | Phone Withdrawal | ($10.00) | | $212.03 |
| TRM | 2/25/2007 11:23:26 AM | TL0225 | | | TRUL Withdrawal | ($2.00) | | $222.03 |
| TRM | 2/22/2007 7:01:03 PM | TFN0222 | | | Phone Withdrawal | ($10.00) | | $224.03 |
| TRM | 2/22/2007 6:42:41 AM | TL0222 | | | TRUL Withdrawal | ($2.00) | | $234.03 |
| TRM | 2/20/2007 6:01:41 PM | 52 | | | Sales | $1.20 | | $236.03 |
| TRM | 2/20/2007 5:29:59 PM | 90 | | | Sales | ($66.20) | | $234.83 |
| TRM | 2/19/2007 6:23:11 AM | TL0219 | | | TRUL Withdrawal | ($2.00) | | $301.03 |
| TRM | 2/17/2007 6:27:44 AM | TL0217 | | | TRUL Withdrawal | ($2.00) | | $303.03 |
| TRM | 2/15/2007 7:30:14 PM | TFN0215 | | | Phone Withdrawal | ($10.00) | | $305.03 |
| TRM | 2/14/2007 6:47:53 AM | TL0214 | | | TRUL Withdrawal | ($2.00) | | $315.03 |
| TRM | 2/14/2007 5:32:57 AM | 70176701 | | | Lockbox - CD | $200.00 | | $317.03 |
| TRM | 2/13/2007 2:26:06 PM | TFN0213 | | | Phone Withdrawal | ($5.00) | | $117.03 |
| TRM | 2/11/2007 6:43:16 AM | TL0211 | | | TRUL Withdrawal | ($2.00) | | $122.03 |
| TRM | 2/10/2007 9:17:37 AM | TFN0210 | | | Phone Withdrawal | ($10.00) | | $124.03 |
| TRM | 2/9/2007 6:56:05 AM | TL0209 | | | TRUL Withdrawal | ($2.00) | | $134.03 |
| TRM | 2/7/2007 4:57:30 PM | 16 | | | Sales | ($64.20) | | $136.03 |
| TRM | 2/5/2007 | TFN0205 | | | Phone Withdrawal | ($10.00) | | $200.23 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 11:58:08 AM | | | | | |
| TRM | 2/5/2007 | GIPP0107 | | Payroll - IPP | $44.15 | $210.23 |
| | 8:05:38 AM | | | | | |
| TRM | 1/31/2007 | TFN0131 | | Phone Withdrawal | ($5.00) | $166.08 |
| | 6:03:56 PM | | | | | |
| TRM | 1/31/2007 | 7 | | Sales | ($69.45) | $171.08 |
| | 5:18:13 PM | | | | | |
| TRM | 1/29/2007 | TL0129 | | TRUL Withdrawal | ($2.00) | $240.53 |
| | 7:27:38 AM | | | | | |
| TRM | 1/26/2007 | TFN0126 | | Phone Withdrawal | ($10.00) | $242.53 |
| | 2:41:26 PM | | | | | |
| TRM | 1/24/2007 | 7 | | Sales | ($122.20) | $252.53 |
| | 4:35:53 PM | | | | | |
| TRM | 1/24/2007 | TL0124 | | TRUL Withdrawal | ($2.00) | $374.73 |
| | 7:24:01 AM | | | | | |
| TRM | 1/23/2007 | TFN0123 | | Phone Withdrawal | ($10.00) | $376.73 |
| | 4:52:48 PM | | | | | |
| TRM | 1/20/2007 | TL0120 | | TRUL Withdrawal | ($2.00) | $386.73 |
| | 6:27:14 AM | | | | | |
| TRM | 1/19/2007 | 70174901 | | Lockbox - CD | $300.00 | $388.73 |
| | 5:03:30 AM | | | | | |
| TRM | 1/18/2007 | TL0118 | | TRUL Withdrawal | ($2.00) | $88.73 |
| | 7:23:01 AM | | | | | |
| TRM | 1/16/2007 | TFN0116 | | Phone Withdrawal | ($8.00) | $90.73 |
| | 4:57:13 PM | | | | | |
| TRM | 1/14/2007 | TFN0114 | | Phone Withdrawal | ($10.00) | $98.73 |
| | 8:41:23 AM | | | | | |
| TRM | 1/13/2007 | TL0113 | | TRUL Withdrawal | ($2.00) | $108.73 |
| | 10:54:44 AM | | | | | |

1 2 3 4

**Total Transactions: 159**

                        **Totals:**    **$135.09**    **$0.00**

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TRM | $262.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $262.88 |
| **Totals:** | **$262.88** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$262.88** |

## Inmate Statement



| | | |
|---|---|---|
| Inmate Reg #: 82661198 | Current Institution: | Terminal Island FCI |
| Inmate Name: JAIMES, MICHAEL | Housing Unit: | TRM-F-A |
| Report Date: 06/24/2007 | Living Quarters: | F01-010U |
| Report Time: 12:23:21 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TRM | 1/9/2007 6:05:08 PM | TFN0109 | | | Phone Withdrawal | ($10.00) | | $110.73 |
| TRM | 1/7/2007 3:04:26 PM | TFN0107 | | | Phone Withdrawal | ($1.00) | | $120.73 |
| TRM | 1/7/2007 6:31:35 AM | TL0107 | | | TRUL Withdrawal | ($2.00) | | $121.73 |
| TRM | 1/5/2007 7:34:53 AM | GIPP1206 | | | Payroll - IPP | $42.05 | | $123.73 |
| TRM | 1/4/2007 7:13:16 PM | TFN0104 | | | Phone Withdrawal | ($10.00) | | $81.68 |
| TRM | 1/4/2007 4:46:16 PM | 59 | | | Sales | ($93.90) | | $91.68 |
| TRM | 1/3/2007 6:35:07 AM | TL0103 | | | TRUL Withdrawal | ($2.00) | | $185.58 |
| TRM | 12/31/2006 4:46:35 PM | TFN1231 | | | Phone Withdrawal | ($10.00) | | $187.58 |
| TRM | 12/26/2006 2:16:07 PM | TFN1226 | | | Phone Withdrawal | ($10.00) | | $197.58 |
| TRM | 12/24/2006 6:14:23 AM | TL1224 | | | TRUL Withdrawal | ($2.00) | | $207.58 |
| TRM | 12/22/2006 9:30:42 AM | TFN1222 | | | Phone Withdrawal | ($10.00) | | $209.58 |
| TRM | 12/19/2006 5:49:31 PM | TFN1219 | | | Phone Withdrawal | ($10.00) | | $219.58 |
| TRM | 12/19/2006 4:47:59 PM | 12 | | | Sales | ($119.10) | | $229.58 |
| TRM | 12/15/2006 5:06:58 AM | 70172701 | | | Lockbox - CD | $300.00 | | $348.68 |
| TRM | 12/14/2006 7:00:08 PM | TFN1214 | | | Phone Withdrawal | ($10.00) | | $48.68 |
| TRM | 12/12/2006 4:43:47 PM | 5 | | | Sales | ($57.75) | | $58.68 |
| TRM | 12/10/2006 8:36:05 AM | TFN1210 | | | Phone Withdrawal | ($10.00) | | $116.43 |
| TRM | 12/9/2006 6:24:44 AM | TL1209 | | | TRUL Withdrawal | ($2.00) | | $126.43 |
| TRM | 12/8/2006 11:02:10 AM | TL1208 | | | TRUL Withdrawal | ($2.00) | | $128.43 |
| TRM | 12/7/2006 7:41:38 PM | TFN1207 | | | Phone Withdrawal | ($6.00) | | $130.43 |
| TRM | 12/6/2006 12:57:51 PM | TFN1206 | | | Phone Withdrawal | ($10.00) | | $136.43 |
| TRM | 12/5/2006 5:11:12 PM | 20 | | | Sales | ($75.85) | | $146.43 |
| TRM | 12/4/2006 8:40:48 AM | GIPP1106 | | | Payroll - IPP | $42.05 | | $222.28 |
| TRM | 12/3/2006 2:02:55 PM | TFN1203 | | | Phone Withdrawal | ($10.00) | | $180.23 |
| TRM | 11/29/2006 1:50:06 PM | TFN1129 | | | Phone Withdrawal | ($10.00) | | $190.23 |
| TRM | 11/28/2006 5:08:39 PM | 33 | | | Sales | ($12.40) | | $200.23 |
| TRM | 11/28/2006 5:06:06 PM | 32 | | | Sales | ($90.75) | | $212.63 |
| TRM | 11/28/2006 6:52:45 AM | TL1128 | | | TRUL Withdrawal | ($5.00) | | $303.38 |
| TRM | 11/23/2006 9:10:59 AM | TFN1123 | | | Phone Withdrawal | ($10.00) | | $308.38 |
| TRM | 11/21/2006 4:56:55 PM | TFN1121 | | | Phone Withdrawal | ($10.00) | | $318.38 |
| TRM | 11/21/2006 10:46:01 AM | TL1121 | | | TRUL Withdrawal | ($2.00) | | $328.38 |
| TRM | 11/21/2006 5:15:41 AM | 70171001 | | | Lockbox - CD | $300.00 | | $330.38 |
| TRM | 11/19/2006 8:57:23 AM | TFN1119 | | | Phone Withdrawal | ($10.00) | | $30.38 |
| TRM | 11/15/2006 7:10:52 AM | TL1115 | | | TRUL Withdrawal | ($2.00) | | $40.38 |
| TRM | 11/14/2006 5:52:42 PM | TFN1114 | | | Phone Withdrawal | ($10.00) | | $42.38 |
| TRM | 11/14/2006 | 6 | | | Sales | ($36.35) | | $52.38 |

| | | | | | |
|---|---|---|---|---|---|
| TRM | 11/12/2006 5:02:46 PM | TL1112 | TRUL Withdrawal | ($2.00) | $88.73 |
| TRM | 11/9/2006 6:19:53 AM | TFN1109 | Phone Withdrawal | ($8.00) | $90.73 |
| TRM | 11/7/2006 8:00:07 PM | 40 | Sales | ($92.20) | $98.73 |
| TRM | 11/4/2006 5:41:20 PM | TFN1104 | Phone Withdrawal | ($20.00) | $190.93 |
| TRM | 11/4/2006 9:08:47 AM | TL1104 | TRUL Withdrawal | ($5.00) | $210.93 |
| TRM | 11/3/2006 6:09:40 AM | GIPP1006 | Payroll - IPP | $55.19 | $215.93 |
| TRM | 11/2/2006 9:39:36 AM | TL1102 | TRUL Withdrawal | ($2.00) | $160.74 |
| TRM | 10/27/2006 7:13:45 AM | TL1027 | TRUL Withdrawal | ($5.00) | $162.74 |
| TRM | 10/26/2006 10:35:06 AM | TFN1026 | Phone Withdrawal | ($20.00) | $167.74 |
| TRM | 10/24/2006 7:33:16 PM | 32 | Sales | ($48.35) | $187.74 |
| TRM | 10/20/2006 5:10:40 PM | TL1020 | TRUL Withdrawal | ($5.00) | $236.09 |
| TRM | 10/18/2006 5:17:13 PM | 12 | Sales | $2.65 | $241.09 |
| TRM | 10/18/2006 4:46:17 PM | 9 | Sales | ($92.35) | $238.44 |
| TRM | 10/17/2006 12:50:37 PM | TFN1017 | Phone Withdrawal | ($20.00) | $330.79 |

1 2 3 4

**Total Transactions: 159**

                                                 **Totals:**    **$135.09**    **$0.00**

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TRM | $262.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $262.88 |
| **Totals:** | **$262.88** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$262.88** |