# EXHIBIT "B"

---BUCKLEY, MARGUERIT on 07-11-2007 15 , wrote:

## DECLARATION OF MARGE M. BUCKLEY

1. I am an attorney at law, licensed to practice in the Court of the United States and of the United States Supreme Court.

My California State bar No is 33312.

2. I do work for a public interest entity, Post Conviction Project and review various Applications for Legal Review.

On July 4, 2007, I came across an Application by Michael Jaimes, who is incarcerated here in Los Angeles, on a conviction from Hawaii Federal District Court.

3. I was intrigued by the forthright manner, and in depth feelings expressed by this applicant. I have been a licensed member of the California Bar for half a century - 50 years. I found Mr. Jaimes's Declaration quite telling, of his current state of mind, and his growth while in custody.

4. I beleive he is uniquely capable of making the most out of an assistance of an attorney, that can assist him in fileing a 2255.

5. Mr. Jaimes lacks a formal legal education, and would best be assisted by an attorney, who would be able to meet with him and explain the legal terminology. He appears to be most comfortable in verbal communications.

6. I am fileing this Declaration in Support of Michael Jaimes Motion to Appoint CJA Counsel, for I beleive that said counsel, should be a local attorney, here in Los Angeles, that will avail himself of the opportunity to meet Mr. Jaimes, and assist him in person, to enable a concise and informative 2255 Motion to be prepared, for review.

7. I would be willing to do so myself, if this Honorable court saw fit, or could recommend other lawyers, who have the ability, patience, and veracity to enable a client like Mr. Jaimes, to feel heard and understood. I beleive his desire to explain his perdicament, and enlighten the court, would be very helpful in his rehabilitation, and prepare him to rejoin society as a very positive and productive member of society.

8. I, Marguerite M. Buckley, was admitted to practice in the Courts of the State of Michigan on January 5, 1958. I was admitted to practice in the COurts of the State of California on January 5, 1963 and have continuously practiced.

9. I was the first woman to work as a bank lawyer in the United States and worked with them from 1962 through 1967. I was then represented by the Justice Department in an EEOC action that went to the United States Supreme Court twice, establishing the rights of the EEOC to records.
The cases were denominated Marguerite Buckley v. Union Bank.

10. In 1968 I went to work for the Los Angeles Neighborhood Legal Services, working as an attorney in East Los Angeles. In 1969, I was promoted to area directow with offices in venice, California and Hawthorne.

11. In 1973, I returned to private practice where I have had a general pracetice, doing civil rights cases, policate abuse cases. I volunteered in the Freedom Houses in Mississippi on my 3 week vaction during 1967.

12. I have filed a number of appellate actions, including in the Untied States Supreme Court, arguing the case of LUBIN v. PANISH, which brought forth the right of poor and indigent persons to participate in elections without paying fees.

I received a unanimous reversal of the California courts.

13. I have reviewed the case documents provided by Micahel, and am willing ready and able to represent his interests in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Torrance, Califonia on July 9, 2007.

_____
Marguerite M. Buckley, (SB 33312)
Attorney at Law
magibee2004@yahoo.com
Freedom for Victims Research and Development Foundation
4311 Wilshire
Los Angeles, CA  90010
Tel  323-965-7506

**OUR PRINCIPLES**
At the Freedom For Victims Foundation, we recognize some common sense basic principles about the way the Constitution of the United States works in the real world. First off, as Bob Dylan said, *"Money doesn't talk. It swears."*



Second, and most important, Saul Alinsky, the man who trained Fred Ross (who in turn trained Alan Cranston, Cesar Chavez, Nicholas Von Hoffman, Dolores Huerta and many, many others), put it succinctly: *"Power goes to two poles: to those who've got the money and to those who've got the people."*

We are dedicated to the principle of equal access to justice regardless of race, creed, color, sex, sexual orientation, political belief and national origin. We believe that the rights guaranteed by the Constitution of the United States are elucidated, enumerated, and illustrated by the International Covenant on Civil & Political Rights.

**APPLICATION FOR CRIMINAL CASE REVIEW**

I request consideration from the Review Committee of the Post-Conviction Justice Project to discuss the legal problem(s) I am indicating below.

I have no funds or other means, and therefore I cannot afford an attorney at this time. However, I can share my experience and knowledge with others, to fix and repair the world around me. I will alert and expose improprieties as I see them, and strive to encourage others to do the same. In my daily existence, even while incarcerated, I try to do good and mediate violence and frustration whenever I can.

I understand that a referral of my case to an attorney or other organization working in conjunction with the Post-Conviction Justice Project and any input I provide to address my concerns is only a review, with no promises or commitments of any kind. In some cases, when appropriate, the case may be referred for review by a private investigator or forensic expert with the knowledge and experience to determine whether an appropriate investigation or expert witness might have made a difference in my pre-trial and/or trial proceedings. I authorize review of my case, interview of witnesses, and access to documents I provide, which will be copies, for the Post-Conviction Justice Project cannot return materials provided for review.

I will inform the Post-Conviction Justice Project of the progress I am having and comment on a regular basis, and make recommendations about the services provided. The project might provide assistance in the form of legal research which will be provided to you, information clearinghouse services about similar cases, or referral to an affiliated law firm, amongst others.

Signature: _/s/_   Date: 07/05/07

Print Name: Michael Jaimes

Institution: F.C.I Terminal Island

Counselor Name: Mr Jones

Case Manager Name: Ms Bugarin

Crime(s) convicted of:

Sentence: 151 months

District or Jurisdiction of Sentencing: Hawaii

Sentencing Judge: Mallway

Name of Trial Attorney(s): Pam O'Leary Tower

Address & Phone:

Name of Appellate Attorney(s):

Address & Phone:

BOP/CDC #:

DOB:

All Applicants: describe your case and issues in detail. Provide as much specific information as possible to avoid unnecessary delays in answering your questions.

Mail this application to:
FREEDOM FOR VICTIMS FOUNDATION
Post-Conviction Justice Project
4311 Wilshire Blvd. Ste. 314
Los Angeles CA 90010

To whom it may concern, my name is Michael and I am 34 years of age and I have now been incarcerated 5 years. I have been through two trials and one appeal. I was sentenced to 12½ years which I later understood was appropriate to fulfill a complete process in my transformation that I was asking for. I had deep wounds that were in need of healing, along with the many ego's that needed to be dissolved back to their basic function for me to truly find my self. Out of a 12½ year sentence I would have to serve 10 years which like, I touched on earlier was guided from a non-physical plane. What I have come to realize is that the transformation that was estimated to take 10 years would be shortened by my sincer preserverance to a point where I would learn to surrender my fallacy of identity and awaken to my true self, and my calling to be of service and assist all who are open to healing. The perils that I have experienced in my short life have gifted me with wisdom to understand and uplift those who chose to drown in the sea of drugs and lose themselves in the search for completion with the passing pleasures of the material world. I call this the spell of matter where we forget that our true nature is first and formost Spirits having a human experience, and as Spirits we are one. Many are awakening from this spell of a separated perception but there are many still chosing to sleep as I once did not so long ago. I have questioned my self many times why I should chose to take on the 800 pound gorila like I did in fighting the government, like I did in the past. What I have realized is that I was fighting myself, I was fighting the belief system that society impregnated me with. It is very clear to me now that all of it was very much necessary to learn what the meaning of surrender is. It does not mean to wave the white flag as in defeat but to surrender the need control and manipulate everything, people especially, to make me happy regardless of there misery. Others loss became my gain and my gain would result in there loss where as now I perceive their gain as my gain and their loss my loss because in finding myself I have remembered that there is only one of Us.

This appeal is a new round it smells different, it feels different, it looks different, and it tastes different. The 800 pound gorila is not perceived as my enemy so there is no separation, there is no attack, but will be approached as a friend. I have found what I have been always looking for, I have found my completion and the result is peace of mind and I am sharing this peace in whatever way is apporpriate. I have no expectation except on myself to remain open as a conduit and chanel healing and unconditional love. I thank you and I honnor what the Freedom for Victims foundation represents and I would like to welcome you in this awakening of a brighter future for humanity and for what I am certain will be a life long brothership with my self and others like minded

Sincerly, [signature]