CERTIFICATE OF SERVICE

I, _Michael James_, hereby certify that I have served a true and correct copy of the following:

_255 petition and motion for appointment of Counsel_

which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston v. Lack, 487 U.S. 266 (1988), upon the (plaintiff/defendant) (petitioner/respondent) (appellant/appellee) and/or its attorney(s) of record by placing same in a sealed, postage prepaid envelope addressed to:

_United States Attorney_
_PJKK Federal Building_
_300 Ala Moana Blvd_
_Honolulu, HI 96850_

and deposited same in the United States mail box at FCI Terminal Island, 1299 Seaside Avenue, San Pedro, California 90731, on this _24_ th day of _July_,

_____

Id. No. _42661-198_

1299 Seaside Avenue
San Pedro, CA 90731