# MINUTES

CASE NUMBER:    CR NO. 03-00501SOM

CASE NAME:    United States of America Vs. Michael Torres Jaimes

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Susan Oki Mollway            REPORTER:

DATE:    07/27/2007                    TIME:

COURT ACTION:  EO: [116]-Petition for Appointment of Counsel and Request for an Evidentiary Hearing is hereby taken under advisement.

Submitted by Leslie L. Sai, Courtroom Manager