

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 05 2007
DISTRICT OF HAWAII

Mike Jaimes #83261-148
Federal Correctional Facility
Box 3007
San Pedro, CA 90731

Clerk - US District Court
PJKK Federal Court
300 Ala Moana Blvd
Honolulu, HI 96850