# EXHIBIT "A"

Freedom for Victims Development and Educational Foundation
4133 Wilshire Blvd, Suite 315,
Los Angeles, CA 90053

RE: Research on CV 07-00407
-----------------------------------------
September 24, 2007

I was very thankful to be informed of your decision to provide me with some assistance as part of your Post Conviction Task Force.

I feel gratified that one of my meditation students, and Yoga patients, have communicated with you on my behalf. I feel an abundance with this reciprocity. As you have observed, I am not very capable of communicating, but through verbal discourse, since reading and writing in this level is way above my capabilities. All my discussions I hope have been summrized for you in a concise and prevalent manner.

I believe that Ms. C, my meditation teacher, would be very gratified by my handling of this matter, and in my humble acceptance of my errors, which I believe reflects upon my students, in my Meditation and Yoga classes.

I appreciate your interview and attempt to get Declarations, to describe what happened to me, but also to other Defendants, who were conflicted by Ms. Pamela Tower.

As noted, Leslie J. Fernandez (see CV-07-00395-SOM), was caught in the same situation. I understand that you have been attempting to communicate with his counsel, Mr. David Kenner. Please let me know how this develops.

9 th. Cir structural error conflict cases:

1. US v. Sanchez-Cervantes, 282 F3d, p664, 9 th Circuit en Banc decisions.

2. US v. Perez, 116 F 3d  p 840

3. Cooper v. Fitzharris, 586 F2D page 1325

4. Summerlin v. Schririo, No. 98-99002.

Please provide US v. Hamilton, which I was able to hear about, but do not have access to a copy.

Please send me a copy of the care package.

Whenever you get the Transcripts, please send them to me, as you sequence them, so I can send them back to you, with what I consider important.

Please also send me copies of case cites on the following:

1. US v. Gonzles-Lopez
2. US v. Stein, et al
3. US v. Collins (10 th cir #04-2002)
4. Plum Lee v. Del Papa ( 9th Cir #04-15101)
5. Summerlin v. Schriro (9th #98-99002)