MICHAEL TORRES JAMES # 82661-148
FCI TERMINAL ISLAND
1299 SEASIDE AV
BOX 3007
SAN PEDRO, CA
90731

**RECEIVED**
CLERK, U.S. DISTRICT COURT
OCT 15 2007
DISTRICT OF HAWAII

LONG BEACH CA 908
12 OCT 2007 PM 3 T

UNITED STATES DISTRICT COURT CLERK
DISTRICT OF HAWAII
300 ALA MOANA BLVD C-338
HONOLULU HI 96850-0338