```
               IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAII
```

| | | |
|---|---|---|
| MICHAEL TORRES JAIMES, | ) | CR. NO. 03-00501 SOM |
| | ) | CIV. NO. 07-00407 SOM/BMK |
|     Petitioner, | ) | |
| | ) | ORDER GRANTING PETITIONER'S |
|   vs. | ) | MOTION FOR ADDITIONAL TIME TO |
| | ) | FILE SUPPLEMENTAL BRIEFING IN |
| UNITED STATES OF AMERICA, | ) | PETITIONER'S 28 U.S.C. 2255 |
| | ) | PETITION |
|     Respondent. | ) | |
| _____ | ) | |

ORDER GRANTING PETITIONER'S MOTION FOR
ADDITIONAL TIME TO FILE SUPPLEMENTAL BRIEFING
<u>IN PETITIONER'S 28 U.S.C. 2255 PETITION</u>

On October 15, 2007, Petitioner filed a Motion for Additional Time to File Supplemental Briefing in Petitioner's 28 U.S.C. 2255 Petition. The motion is GRANTED. Petitioner may submit a document titled "Supplemental Memorandum in Support of § 2255 Petition," no later than December 7, 2007. No further supplement may be filed by Petitioner after December 7, 2007, without leave of court. Respondent's brief in opposition to the petition shall be due 30 days from its receipt of Petitioner's Supplemental Memorandum in Support of § 2255 Petition. The currently scheduled November 26, 2007, nonevidentiary hearing shall be continued to January 28, 2008, at 9:00 a.m.

      The Clerk of the Court is directed to send this order to Jaimes and to Assistant United States Attorney Louis A. Bracco.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, October 17, 2007.



      /s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States of America v. Michael Torres Jaimes; Cr. 03-00501 SOM, Civ. No. 07-00407 SOM/BMK; ORDER GRANTING PETITIONER'S MOTION FOR ADDITIONAL TIME TO FILE SUPPLEMENTAL BRIEFING IN PETITIONER'S 28 U.S.C. 2255 PETITION