CORRESPONDENCE

Dear Judge Mollway,

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 11 2008
DISTRICT OF HAWAII

CR 03-501 SOM
CV 07-407 SOM-BMK

I am writing you with regards to my 2255 motion. Forgive me for my tardiness in letting you know of my perdicament. I have been in a little bit of a loss for a couple of reasons. One is as you know I am adressing this matter por se and the gentlemen that was helping me is another imate so our resources were limited. We had both concluded that it was in my best interest to hire an outside street attorney and for that you were so gracious as to grant me an extension. The other inmate was released back in November to the half way house with all my transcrips with an intention of researching a trust worthy attorney that my parents could hire. The last thing I would want is for my parents to throw money down the drain, but unfortunately this friend of mine must of got caught up with his own problems of acclimating to the freeworld and has of yet to contact me. I am not mad at him or blame him for it is my responsability to pick up after myself, but know I am at your mercy once again in pleading for an extension of a few weeks. I have been researching an attorney and I have an intuition that this will come to fruition very soon. I also went through a transit, I am no longer at Terminal Island but am now at Lompoc Camp due to good behavior. I just recently recieved my property and am barely adjusting to my new envirorment.

My new adress:
Satellite Prison Camp
3705 West Farm Road
Lompoc CA 93436

Sincerly Yours,
[signature]