Michael Jaimes 82661-198
Satellite Prison Camp
3705 West Farm Road
Lompoc CA 93436

SANTA BARBARA
CA 931
08 FEB 2008 PM 2 L

Judge Mollway
United States District Court of Hawaii
300 ALA Moana BLVD C-338
Honolulu, HI 96850-0338

